IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____

KELLY SMITH,

    Plaintiff,

v.

ESURANCE INSURANCE COMPANY,

    Defendant.

_____

## NOTICE OF REMOVAL
_____

Defendant, ESURANCE INSURANCE COMPANY ("Esurance"), pursuant to 28 U.S.C. §§ 1332 and 1441, hereby files with this Court this notice of removal in the above-entitled case. In support thereof, Defendant Esurance states as follows:

### I. Procedural Background

1. This litigation was commenced by Kelly Smith ("Plaintiff") as a civil action in the District Court of the County of Boulder, by the filing of a Complaint (the "Complaint") assigned Case Number 2020CV30024 (the "State Court Action").

2. The Complaint identified the Plaintiff as Kelly Smith in the State of Colorado. Esurance is named as the Defendant.

3. The Complaint was served upon Esurance on or about January 9, 2020. Esurance has not answered in the State Court Action.

4. This Notice of Removal has been timely filed by Esurance before the expiration of 30 days after it first ascertained that the case is one which is or has become removable based upon diversity of citizenship.

5. This action is properly removed to this Court as the State Court Action is pending within this district as provided for in 28 U.S.C. §1441.

6. Pursuant to 28 U.S.C. §1446(d), Esurance is filing a copy of this Notice of Removal with the Clerk for the District Court, County of Boulder, State of Colorado.

7. A copy of this Notice of Removal has been filed with the Clerk of the District Court, Boulder County, Colorado, and written notice of its filing has been given to Plaintiff, the adverse party hereto, as required by 28 U.S.C. §1446(d). A copy of the notice to parties is attached hereto as **EXHIBIT A-1**.

8. Esurance has attached all required exhibits to this Notice of Removal as required by prevailing rules of court. Specifically, attached are those pleadings served upon Defendant: Civil Cover Sheet and Summons (**EXHIBIT A-2**); Civil Complaint and Jury Demand (**EXHIBIT A-3**).

9. This Notice of Removal is filed subject to and without waiver of any defenses, right to a jury trial or objections to Plaintiff's Complaint to the fullest extent allowed under the Federal Rules of Civil Procedure or other applicable law.

10. This Court has subject matter jurisdiction under 28 U.S.C. §1332 because there is complete diversity between adverse parties, and the amount in controversy exceeds $75,000, exclusive of interest and costs.

## II. Diversity Jurisdiction

12. Esurance is a foreign corporation organized under the laws of Wisconsin. The center of its overall direction, control, and coordination is at their principal place of business at 650 Davis Street, San Francisco, CA 94111.

13. The averments regarding citizenship made in the foregoing paragraphs apply from the date of the filing of the Complaint up to and including the date of this Notice of Removal.

14. Accordingly, there is complete diversity between the Plaintiff and Esurance.

## III. Amount in Controversy

15. Removal is also proper because the amount in controversy exceeds $75,000, exclusive of interest and costs. The Complaint seeks damages for underinsured motorist benefits, breach of contract, unreasonable delay/denial of a claim for benefits and bad faith, and in Plaintiff's Civil Cover Sheet, they claim damages in excess of $100,000.

16. Accordingly, this Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. §1332.

## IV. Conclusion

Defendant respectfully requests that the Court and all parties hereto take notice that this action, formerly pending in the District Court of Boulder County, Colorado, has been removed to and is now pending in the United States District Court for the District of Colorado.

Respectfully submitted,

Date: January 30, 2020
                        s/Steven P. Bailey
Steven P. Bailey
STUART D. MORSE & ASSOCIATES, LLC
5445 DTC Parkway, Suite 250
Greenwood Village, CO 80111
303-996-6661 (phone)
303-996-0908 (fax)
sbailey@sdmorselaw.com (e-mail)
ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of January, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

**Marc Harden, Esq.**
mh@zanerhardenlaw.com

**Yerin Cho, Esq.**
yc@zanerhardenlaw.com

                        s/ Steven P. Bailey
Steven P. Bailey
STUART D. MORSE & ASSOCIATES, LLC
5445 DTC Parkway, Suite 250
Greenwood Village, CO 80111
303-996-6661 (phone)
303-996-0908 (fax)
sbailey@sdmorselaw.com (e-mail)
ATTORNEY FOR DEFENDANT